IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ARLLEN JACOBSON,

    Plaintiff,
v.                                                            CASE NO. 4:06-cv-00500-MP-WCS

CAROLYN L SIMMONS,
SOCIAL SECURITY ADMINISTRATION,

    Defendants.
_____/

**O R D E R**

       This matter is before the Court on Doc. 8, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's amended civil rights complaint, Doc. 7, be dismissed, and that the motion to proceed with amended complaint, Doc. 6, be denied.  The plaintiff, in Doc. 9, filed objections to the Report and Recommendation and also filed Doc. 10, a motion to voluntarily dismiss the case.  The dismissal would be without prejudice, however.

       Having reviewed Plaintiff's case and the Report and Recommendation, the Court agrees with the Magistrate Judge that although Plaintiff complains about the way he was treated at the Social Security Administration office, Plaintiff has not presented any allegations of harm that rise to the level of a civil rights violation.  He was not denied any benefit, and rude, impolite, or even offensive conduct by an agent of the United States does not, by itself, violate any provision of the United States Constitution.  <u>Daniels v. Williams</u>, 474 U.S. 327, 332, 106 S.Ct. 662, 665

(1986). Because Plaintiff's claims are clearly without merit, judicial economy requires that the motion to voluntarily dismiss the case without prejudice not be accepted. Accordingly,

**ORDERED AND ADJUDGED:**

1. The motion to voluntarily dismiss without prejudice, Doc. 10, is denied

2. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

3. This action is DISMISSED, the motion to proceed, doc. 6, is denied, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *19th*   day of March, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge